No. 75–586. United Pentecostal Church of Hodge, Louisiana, et al. v. Louisiana Through the Department of Highways. Ct. App. La., 2d Cir. Certiorari denied.

No. 75–587. Philip B. Basser Advertising, Inc., et al. v. Redevelopment Authority of the City of Philadelphia. Pa. Commw. Ct. Certiorari denied.

No. 75–596. Bersch v. Arthur Andersen & Co. et al. C. A. 2d Cir. Certiorari denied.

No. 75–597. Rehor v. Case Western Reserve University. Sup. Ct. Ohio. Certiorari denied.

No. 75–615. Consumer Enterprises, Inc. v. National Football League Properties, Inc. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 75–5087. Flum v. United States. C. A. 8th Cir. Certiorari denied.

No. 75–5118. Ross v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 75–5154. Sam v. Mississippi. Sup. Ct. Miss. Certiorari denied.

No. 75–5158. Prestage v. Reed, Penitentiary Superintendent. C. A. 5th Cir. Certiorari denied.

No. 75–5163. Shurney v. Gray, Correctional Superintendent. C. A. 6th Cir. Certiorari denied.

No. 75–5166. Youngbear v. Iowa. Sup. Ct. Iowa. Certiorari denied.